IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | § | |
| | § | |
| Plaintiff, | § | |
| v. | § | Civil Action No. **3:25-CV-595-L-BN** |
| | § | |
| **FRAMING CAT, LLC,** | § | |
| | § | |
| Defendant. | § | |

# ORDER

Before the court is the United States' Motion for Final Default Judgment ("Motion") (Doc. 12), filed July 24, 2025. On January 2, 2026, the Findings, Conclusions and Recommendation of the United States Magistrate Judge ("Report") was entered and recommends that the court grant the Motion and award the United States $7,114.46 for unpaid debts as of July 23, 2025, post-judgment interest at the applicable federal rate from the date of judgment until paid in full, and reasonable court costs. No objections to the Report were filed.

Having reviewed the Motion, pleadings, file, and record in this case, the court determines that the findings and conclusions of the magistrate judge are correct, **accepts** them as those of the court. Accordingly, the court **grants** the United States' Motion (Doc. 12), and it **awards** the United States **$7,114.46** for unpaid debts as of July 23, 2025, post-judgment interest at the applicable federal rate from the date of judgment until paid in full, and reasonable court costs. In accordance with Rule 58 of the Federal Rules of Civil Procedure, a default judgment will issue by separate document.

**Order – Page 1**

**It is so ordered** this 20th day of February, 2026.

Sam A. Lindsay
United States District Judge

Order – Page 2